UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VALVE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>USERS OF VALVE'S VIDEO GAME PLATFORM, STEAM,<br><br>Respondents. | No. 26-5123<br><br>D.C. No.<br>2:24-cv-01717-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

For court efficiency and administration, the court has decided to process this case as a Large Party Case.

Instead of listing each respondent on the docket, the respondents in the list attached to this order, as provided by petitioner, will proceed under the grouping name of: Users of Valve’s Video Game Platform, Steam.

Moving forward, the phrase “Users of Valve’s Video Game Platform, Steam” in any court notice, order, or opinion in this case will refer to all respondents in the attached list. The case will proceed under the name: *Valve Corporation v. Users of Valve’s Video Game Platform, Steam.*

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT