SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
202-371-7370
EMAIL ADDRESS
SHAY.DVORETZKY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

August 28, 2026

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

RE: *Valve Corporation v. Users of Valve's Video Game Platform, Steam*, No. 26-5123: Letter informing Court that Petitioner Valve Corporation's motion for leave to file reply in support of petition for permission to appeal (Doc. 8.1) is unopposed

Dear Ms. Dwyer:

Valve's motion for leave to file reply in support of petition for permission to appeal under 28 U.S.C. § 1292(b) (Doc. 8.1) informed the Court that Respondents' counsel had stated that Respondents were "unable to take a position on Valve's motion because they have not seen a copy of the proposed reply." Mot. for Leave 3. Respondents' counsel have now informed Valve's counsel that the motion for leave to file is unopposed, and Respondents will not file a response.

Respondents' counsel asked that we note that *DeAsis v. YMCA of Yakima*, 183 Wash. App. 1018 (2014), cited on pages 11-12 of the proposed reply, is an unpublished opinion of the Washington Court of Appeals that is not binding. Respondents' counsel also asked that we state, in response to the proposed reply's assertion that "Respondents don't identify any other defenses," Reply 9, that Respondents' "answer identifies waiver and estoppel

at page 8 and again at pages 27-28, citing SA32-33, where the district court expressly declined to reach them."

Given Respondents' non-opposition to Valve's motion for leave to file a reply, Valve respectfully requests that this letter, together with the motion and proposed reply, be distributed to the Court without delay.

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky

*Counsel for Petitioner*
*Valve Corporation*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this letter complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced type-face using Microsoft Word in a 14-point Book Antiqua font.

Dated: August 28, 2026

*/s/ Shay Dvoretzky*

Shay Dvoretzky

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: August 28, 2026

*/s/ Shay Dvoretzky*

Shay Dvoretzky