UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VALVE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>USERS OF VALVE'S VIDEO GAME PLATFORM, STEAM,<br><br>Respondents. | No. 26-5123<br><br>D.C. No.<br>2:24-cv-01717-JNW<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: VANDYKE and SUNG, Circuit Judges.

The motion (Docket Entry No. 8) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b). Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).